1 | Steven J. Nataupsky (SBN 155913)
steven.nataupsky@knobbe.com
2 | Lynda J. Zadra-Symes (SBN 156511)
lynda.zadrasymes@knobbe.com
3 | Jason A. Champion (SBN 259207)
Jason.champion@knobbe.com
4 | KNOBBE, MARTENS, OLSON & BEAR, LLP
2040 Main Street, Fourteenth Floor
5 | Irvine, CA 92614
Phone: (949) 760-0404
6 | Facsimile: (949) 760-9502

7 | Hans L. Mayer (SBN 291998)
hans.mayer@knobbe.com
8 | 1925 Century Park East, Suite 600
Los Angeles, CA 90067
9 | Telephone: (310) 551-3450

10 | Attorneys for
MONSTER ENERGY COMPANY

## IN THE UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

## (EASTERN DIVISION)

| | |
|---|---|
| MONSTER ENERGY COMPANY, a Delaware corporation | Civil Action No. 5:18cv01327-GW |
| Plaintiff, | **STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)** |
| v. | |
| KOMELON USA CORPORATION | |
| Defendant. | Complaint Served: June, 22 2018 |
| | Current Response Date: July 13 2018 |
| | New Response Date: August,13 2018 |

Defendant Komelon USA Corporation's deadline to respond to the Complaint is currently July 13, 2018. The parties through counsel agree to extend the current response date for defendant Komelon USA Corporation to August 13, 2018.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and among the parties, through their counsel, to extend the response date to Plaintiff's Complaint to August 13, 2018.

IT IS SO STIPULATED.

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | KNOBBE, MARTENS, OLSON & BEAR, LLP |
| Dated : July 13, 2018 | By: */s/ Lynda J. Zadra-Symes* |
|  | Steven J. Nataupsky |
|  | Lynda J. Zadra-Symes |
|  | Jason A. Champion |
|  | Hans L. Mayer |
|  | Attorneys for Plaintiff, |
|  | MONSTER ENERGY COMPANY |

28655055

28665298